IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOSEPH OWENS,<br><br>Defendant. | CR 22-144-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Thursday, January 18, 2024 at 1:30 p.m., is **VACATED** and **RESET** to commence on **Wednesday, January 31, 2024 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that,

1. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **December 27, 2023.** U.S.S.G. § 6A1.2. **Any unresolved objections are expected to be included in the pre-sentence report, not in a sentencing memorandum.**

1

2. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **January 9, 2024.**

3. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **January 17, 2024.** Absent good cause shown, sentencing memoranda and supporting documents filed after January 17, 2024 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

4. Responses to sentencing memoranda shall be filed on or before **January 24, 2024.  A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

5. Reply briefs will not be accepted for filing in sentencing matters.

6. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

7. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 8th day of December, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge